Argued December 3, dismissed December 22, 1914, rehearing denied January 12, 1915.

## FRANCIS *v.* THIENES.

(144 Pac. 1199.)

From Lane: LAWRENCE T. HARRIS, Judge.

This is an action by I. M. Francis against W. C. Thienes, in which plaintiff was given judgment and defendant appeals.                     APPEAL DISMISSED.

For appellant there was a brief and an oral argument by *Mr. H. E. Slattery.*

For respondent there was a brief and an oral argument by *Mr. Fred E. Smith.*

Opinion PER CURIAM.

Upon the hearing of this case it appeared that all the questions upon which the defendant relied upon this appeal were settled and determined by a decree in the equity suit of *W. C. Thienes* v. *I. M. Francis* and *A. M. Brewer,* in which an opinion was heretofore rendered by this court (69 Or. 171, 138 Pac. 845), in which suit W. C. Thienes filed a complaint in the nature of a cross-bill in equity. Therefore, there being no question presented for review or consideration, and

it remaining only for the parties to carry out the decree heretofore rendered, this action should be dismissed; and it is so ordered.

APPEAL DISMISSED.   REHEARING DENIED.